UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/28/2022
```

MEHRABAN ORIENTAL RUGS, INC., a California corporation,

          Plaintiff,

-against-

MARC PHILLIPS DECORATIVE RUGS, INC., a Pennsylvania Corporation; AFGHAN BAZAAR RUGS, INC., a Virginia corporation; and DOES 1 through 10,

          Defendants.

22 Civ. 9187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

    SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                  ANALISA TORRES
                               United States District Judge