```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MEHRABAN ORIENTAL RUGS, INC., a California corporation,

        Plaintiff,

-against-

MARC PHILLIPS DECORATIVE RUGS, INC., a Pennsylvania Corporation; AFGHAN BAZAAR RUGS, INC., a Virginia corporation; and DOES 1 through 10,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2023
```

22 Civ. 9187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff filed a complaint against Defendants on October 26, 2022. ECF No. 1. To date, no defendant has appeared in this matter. *See* ECF No. 14 at 1. Plaintiff states that it is engaged in settlement discussions with Defendant, Marc Phillips Decorative Rugs, Inc. *Id.* On December 30, 2022, Plaintiff filed a proposed case management plan. ECF No. 14-1. However, the proposed case management plan must be filed jointly with Defendants. Accordingly:

- By **January 9, 2023**, counsel for Defendant, Marc Phillips Decorative Rugs, Inc., shall file a notice of appearance in this matter.
- By **January 31, 2023**, the parties shall file a joint letter and proposed case management plan.
- By **January 31, 2023**, if Defendant, Afghan Bazaar Rugs, Inc., has not appeared, Plaintiff shall move for default.

    SO ORDERED.

Dated: January 3, 2023
       New York, New York

                                  ANALISA TORRES
                              United States District Judge