UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
MEHRABAN ORIENTAL RUGS, INC., a
California corporation,

                    Plaintiff,

            -v.-                                    22 Civ. 9187 (JHR)

MARC PHILLIPS DECORATIVE RUGS,                      ORDER
INC., a Pennsylvania corporation; AFGHAN
BAZAAR RUGS, INC., a Virginia corporation;
and DOES 1 through 10,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023

JENNIFER H. REARDEN, District Judge:

      WHEREAS, the Court ordered (ECF No. 15) by January 31, 2023, that (1) the parties submit a joint letter and proposed case management plan, and (2) Plaintiff move for default as to Defendant Afghan Bazaar Rugs, Inc. ("Afghan Bazaar"), if Afghan Bazaar had not yet appeared by this date;

      WHEREAS, on January 6, 2023, counsel for Afghan Bazaar filed a notice of appearance;

      WHEREAS, on January 26, 2023, Afghan Bazaar's counsel moved to withdraw as Afghan Bazaar's attorney in this action;

      WHEREAS, on January 31, 2023, Plaintiff and Defendant Marc Phillips Decorative Rugs, Inc. ("Marc Phillips") filed a joint letter (ECF No. 21), in which Plaintiff requested that the deadline to move for default as to Afghan Bazaar be extended in light of the pending motion to withdraw, from January 31, 2023 to March 6, 2023, and wherein Plaintiff stated that it is amenable to a settlement conference before a Magistrate Judge within the next 30 to 45 days;

      WHEREAS, the parties filed a Proposed Case Management Plan and Scheduling Order with their joint letter;

IT IS HEREBY ORDERED that Plaintiff's request for an extension to March 6, 2023 to move for default as to Afghan Bazaar is GRANTED;

IT IS FURTHER ORDERED that, by separate Order today, the Court is referring this case to the assigned Magistrate Judge for Settlement;

IT IS FURTHER ORDERED that, by March 14, 2023, if Plaintiff has not moved for default, all parties (including Afghan Bazaar) shall jointly file an Amended Proposed Case Management Plan and Scheduling Order.

SO ORDERED.

Dated: February 3, 2023
New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge