UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MEHRABAN ORIENTAL RUGS, INC.,

                Plaintiff,

          -against-

MARC PHILLIPS DECORATIVE RUGS,
INC., AFGHAN BAZAAR RUGS, INC., *and*
DOES 1 through 10,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-9187 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 24. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **February 17, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in March or April 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

DATED:    New York, New York
                February 6, 2023

                                                        *Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge