Jayaram
lawyers for innovators®

> Defendant's request to adjourn settlement conference is GRANTED. Parties are directed to file a status update letter with the Court by June 7, 2023.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
>
> Jennifer E. Willis
> United States Magistrate Judge
>
> May 8, 2023

May 8, 2023

**Via ECF**
The Honorable Jennifer E. Willis
40 Foley Square, Room 425
United States Courthouse
New York, NY 10007

**Re:** *Mehraban Oriental Rugs, Inc. v. Marc Phillips Decorative Rugs, Inc., et al.*
Case No. 22-cv-9187-JHR-JW
**Letter Motion to Adjourn Settlement Conference *Sine Die***

Dear Judge Willis:

I am writing on behalf of our client, Defendant Afghan Bazar Rugs, Inc. ("Defendant"), jointly with counsel for Plaintiff Mehraban Oriental Rugs, Inc. ("Plaintiff") pursuant to Section 9 of the Court's Standing Order for all Cases Referred for Settlement to Magistrate Judge Jennifer E. Willis.

The parties have reached a settlement in principle and are currently finalizing a written settlement agreement. In light of the parties' settlement, the parties respectfully request that the Court adjourn the settlement conference set before Your Honor on May 9, 2023 *sine die*.

We thank you very much for your time and attention to this matter.

Sincerely,

/s/ Elizabeth Austermuehle